

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

Oscar Paul Berthelot
(Enter above the full name of the plaintiff in this action.)

CIVIL ACTION

NO. **01-3489**

versus

Orleans Parish Prison, Charles Foti, Rudy Belisle, Dwight McKenna, John Doe I, John Doe II, State of Louisiana Dept. of Corrections, Richard Stalder, C.M. Lensing, Bob Abels, Michael Hegmann, Sgt Augustine

SECT. T MAG. 3

(Enter above the full name of the defendant or defendants in this action.)

**COMPLAINT**

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (X)

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to the previous lawsuit

      Plaintiffs _____

      _____

      Defendants _____

      _____

   2. Court (if federal court, name of the district court; if state court, name the parish.)

      _____

   3. Docket Number _____

   4. Name of judge to whom case was assigned _____

      _____

   5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

      _____

   6. Approximate date of filing lawsuit _____

   7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
   Yes ( )  No (X)

   If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

   _____

   _____

   _____

II. Place of Present Confinement: *Hunt Correctional Center*

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)  No ( )

2

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is YES,

   *Orleans Parish Prison - No response to grievences*
   1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. *EHCC-2001-1445 Sept 2001; EHCC-2001-1668 - Oct 2001*
   2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? *yes*

D. If your answer is NO, explain why you have not done so: _____

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff *Oscar Paul Berthelot*

   Address *#3923 Elc, Hunt Corr Center, P.O. Box 174 St Gabriel LA 70776*

   Date of Birth *7-6-39*

   Prisoner Number *113923*

   Date of Arrest *8-7-2000*

   Date of Conviction *12-4-2000*

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant *See next* is employed as _____

C. Additional Defendants *page 3a*

3

<u>Defendant</u>: Orleans Parish Criminal Sherriff's office
Charles Foti, criminal sherrif,
Rudy Belisle, chief deputy
Dwight McKenna, physician
John Doe I, correctional officer
John Doe II, correctional officer
All the above are employed by the office of the Orleans Parish Criminal Sherrif's Office at 3000 Perdido St, New Orleans LA 70119.

<u>Defendant</u>: State of Louisiana - Dept of Corrections
Richard Stalder, secretary of Dept. of Corr.
C.M. Lensing, warden, Hunt Corr. Center
Bob Abels, ass't warden, Hunt Corr Center
Michael Hegmann, physician, Hunt Corr Center
Sgt. Augustine (first name unknown) black female who on 7-23-01 was working in the "C" Building at Hunt Corr. Center
The State of Louisiana - Dept. of Corr. and Richard Stalder's address is 654 Main St, Baton Rouge LA.
Lensing, Abels, Hegmann and Augustine are employed at Hunt Corr. Center, P.O. Box 174, Hwy 74, St Gabriel LA 70776.

IV.  **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Plantiff's left leg was amputated in 1998 while incarcerated in La. Dept. of Corrections. At that time they refused to get me a prostheses even tho Medical Center of La, New Orleans physicians and Dept. of Correction physician recommended a prostheses. Now Hunt Correctional Center (HCC) is denying plaintiff the repair of his prostheses which HCC or Orleans ParishPrison (OPP) damaged. Prior to this petitioner wore prostheses 10-15 hours a day and had no trouble

— see next pages —

V.  **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

① I want my prostheses repaired of the damage and I want any future damages, malfunction, or replacement (leg and/or gel liner) in the future repaired ② I want to see an orthopedic surgeon for my right shoulder ③ I want compensatory damages of $100,000 against each defendant ④ I want punitive damages of $100,000 against each defendant ⑤ I want no retalitation by Hunt officals for filing this suit.

4

ambulating. Plaintiff acquired prostheses on his own; Dept. of Corr. refused to get it.

2

On 3-30-00 plaintiff fell and hurt his right shoulder causing impingment and tendenitis which causes great pain 24 hours a day, loss of strength and, decrease of range of motion. Orthopedic surgeons have recommended surgery. Orleans Parish Prison and Hunt Corr. Center physicians have refused to prescribe medication or to allow him to see an orthopedic.

3

On 7-23-01 plaintiff was transported from Orleans Parish Prison to Hunt Corr. Center and was advised to go in a wheelchair and put the prostheses in a bag for travel purposes. Plaintiff did as was told. Officer John Doe I carried the bag to the bus area and threw it on the ground. Plaintiff told him the contents were easily damaged and to please be careful. He told me to shut up. Later the same individual heaved the bag to the front of the bus and a few seconds later threw it to the back of the bus. Upon arriving at Hunt Corr. Center officer John Doe II threw the bag to the front of the bus and

4A

then to the concrete. The prostheses is fragile and the gel liner even more so.

4

Upon disembarking at Hunt Corr. Center the bag was thrust in my lap and later put in a mesh bag. The bag was inspected by a Sgt Augustine who then threw it to the floor and then kicked it several times to get it to the location she desired. The prostheses was then taken away as it was deemed to be contraband and put in storage until 8-5-01 when it was returned.

5

On 8-5-01 the leg was returned but plaintiff was not allowed to see it until it was signed for. Upon trying it on plaintiff found it was inoperable and would not fit on his stump.

6

Plaintiff contacted Medical Dept thru sick call, Dr. Hegmann, Ass't Warden for Medical,— Bob Abels, Warden- C.M. Lensing, and Sec. of Dept. of Corrections Richard Stalder to get the prostheses repaired. Finally an EMT, Sgt Lee, told him the request

4 B

to get the prostheses repaired was denied. All of plantiff's request were denied included grievence (ARP).

7

By being confined to a wheelchair plantiff is denied access to all activities, facilities, services and programs including but not limited to law library, church services, clubs, library, gym, recreactional/weight area/excercise. Plaintiff is a prisoner in a prison.

8

Hegmann, Abels, Lensing and Stalder are acting with deliberate indifference to plaintiff serious medical needs denying him prosthetic devices and medical services for his shoulder.

9

Plaintiff's body and especially his legs are becoming much weaker and at his age, 62, extensive physical therapy will be needed before a prostheses can be utilized.

10

This is deliberate indifference to a

4C

serious medical need under the 8th Amendment of the U.S. Constitution; the Rehabilitation Act of 1973; Title II of the American with Disabilities Act of 1990 ("ADA") and laws of the State of Louisiana.

11

Such actions are risking plaintiff's health in depriving him exercise and risking his rehabilitation.

12

Plaintiff never had a history of mental illness until correction officals denied him a prostheses and now again they are again denying him a prostheses by refusing to repair the damaged prostheses. Plaintiff is now taking lithium to control his anger, depression and frustation by defendants repeated refusal to assist plaintiff the repair of his prosthetic device.

4D

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

   *Incarcerated in La. Dept. of Corrections At that*

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __13th__ day of __November__, __2001__

_Oscar Paul Berthelot_
(Signature of Plaintiff)

9/97

5

113923 F1C
Hunt Corr. Center
P.O. Box 174
St Gabriel LA 70776
11-13-01

Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Camp St
New Orleans LA 70130

Dear Clerk of Court;

RE: 42 US 1983

Enclosed find completed 42 US 1983 form (I hope correctly) and a completed forma pauperis signed by a prison offical.

As I am indigent I could only send one copy and they refuse to make copies for an indigent inmate. In fact if they knew I was suing Hunt Corr. Center they would tear up the pages.

So please understand.

Thank you,

Sincerely,
Oscar Berthelot
Oscar Berthelot



TENDERED FOR FILING

NOV 16 2001

DEPUTY CLERK U S DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS LA

# United States District Court

EASTERN DISTRICT OF LOUISIANA

Plaintiff
Oscar Paul Berthelot

V.

Orleans Parish Prison, Charles Foti, Rudy Belisle, Dwight McKenna, John Doe I, John Doe II, State of Louisiana - Dept of Corrections, Richard Stalder, C.M Lensing, Bob Abels, Michael Hermann, St Augustine

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Oscar Paul Berthelot declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant  [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  [x] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Hunt Correctional Center

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [x] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. last employment was 1993. Take home pay $3.25 per hour. Employer and there address unknown.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [x] No
   b. Rent payments, interest or dividends   [ ] Yes   [x] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [x] No
   d. Disability or workers compensation payments   [ ] Yes   [x] No
   e. Gifts or inheritances   [ ] Yes   [x] No
   f. Any other sources   [ ] Yes   [x] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *NONE*

I declare under penalty of perjury that the above information is true and correct.

_11-05-01_
DATE

_Oscar Berthelot_
SIGNATURE OF APPLICANT

Oscar Berthelot
113923 F1C

### STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that this inmate, _Oscar Berthelot_, has a present
(print name)

inmate account balance of $ _0_ at the _EACC_ institution. I further certify that

the average monthly deposits for the preceding six months is $ _0_.

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six).

I further certify that the average monthly balance for the prior six months is $ _0_.

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

_11/6/01_
Date Certified

_Helen Shaw_
Authorized Officer of Institution

7/96